■ JOHN CROKE et al., Appellants, v GUY NORBURY, JR., Appellant, and CITY OF NEW YORK, Respondent. — Judgment of the Supreme Court, Kings County

(Hirsch, J.), dated December 11, 1981, affirmed, without costs or disbursements. (The notices of appeal from the order dated August 19, 1980 are deemed premature notices of appeal from the judgment.) No opinion. Gibbons, J. P., Weinstein, Bracken and Boyers, JJ., concur.